----- Forwarded Message -----
**From:** jeanutt@aol.com <jeanutt@aol.com>
**To:** teddy01@frontier.com <teddy01@frontier.com>
**Sent:** Thursday, August 1, 2024 at 08:48:21 PM EDT
**Subject:** bennett letter

4115 Summersville Lake Rd

Summersville WV 26651

To Whom It concern

I'm writing this letter in support of Jerrod Bennett. Jerrod has been a lifelong resident of our community. we knew his parents and family. And he has always been a good citizen. And everyone was pleased when he entered the sheriffs dept.

It was at the time of our son's murder that we got to know him best. He was the officer that came to our house realizing that it was our son that had been murdered and his body was dropped off at the local hospital parking lot.
Jerrod personally went in and identified the body. Then he came to us with the devastating news.

He promised to do the investigation when at that time there was not even an obvious cause of death. Our son being a healthy person, Jerrod knew that foul play had to be involved. The investigation he had led was extremely good. He arrested all three people involved which two of the people had confessed thanks to Jerrod's good detective work.

Jerrod came to the trial every day and stood by us through the entire event. He even went out of his way to make sure had the local fire dept facility to hold a memorial service for our son.

He made sure to prove to the prosecutor that the person responsible was a serious offender. He testified for the Grand Jury and for the trials.
We have seen nothing but goodness from Mr. Bennett. He showed so much compassion with Teddys three children. officer Bennett had lost his own father suddenly in a work-related accident. He understood the sudden loss of a father and the impact it would have.

We do not know the exact sentence that Mr. Bennett is facing, but any time too long. He should be let go right now, with time served. He is a good decent man and deserves a successful career in law enforcement. I'm sure whatever he does when he comes out will be good.

This is a plea to the court to take into consideration, he is not an offender that needs to be punished more. He can do so much better for the community by being released.

Thank you in advance for your consideration

Respectfully,

Jackie Nutter and Family