To the Honorable Judge Irene C. Berger,

   I am sending this letter in reference to the sentencing of Jarrod Bennett which is to take place at Charleston WV on July 22 2024. I've known Jarrod all of his life and I am his pastor and Jarrod, having believed on Christ, was saved he was baptized in 2023.

   I am not fully aware of all the charges against Jarrod but in correspondence with him almost daily while he is incarcerated and he tells me that he and his fellow inmates are having bible study on their own while there. I believe him to be a man broken and one who loves and misses his family and friends. I earnestly ask that if it be possible mercy be granted in his behalf.

                       Sincerely,

                            Pastor Paul Gray

                                Bethel Church