# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT WEST VIRGINIA
# CHARLESTON DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                              **CASE NO.: 2:23-CR-00144**

**JARROD STEVEN BENNETT.**

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Jarrod Steven Bennett, by and through counsel, Tim C. Carrico, Esq., and *Carrico Law Offices LC*, and moves the Court for an Order continuing the sentencing hearing scheduled to commence on August 22, 2024, at 10:00 o'clock a.m. In support of this Motion, the defendant states as follows:

1. Defendant intends to call Dr. David Ellis at the sentencing hearing as a witness. Dr. Ellis prepared the psychological evaluation of Mr. Bennett, which has been made a part of the final PSR.

2. Dr. Ellis reported to undersigned counsel on today's date that his wife was just scheduled for a doctor's appointment in Washington DC on August 22, 2022, that he will need to attend.

3. The interests of justice in regard to the defendant's request to continue the sentencing hearing in this matter outweigh the public's interest in the defendant being sentenced on August 22, 2024.

WHEREFORE, based on the foregoing the defendant respectfully moves the Court to continue the defendant's sentencing hearing to a later date for the reasons set forth herein.

**JARROD STEVEN BENNETT**
**Defendant**

**By Counsel,**

  /s/Tim C. Carrico, Esq.
**Tim C. Carrico (WVSB #6771)**
**CARRICO LAW OFFICES, LC**
**1554 Kanawha Blvd. East, Ste 100**
**Charleston, West Virginia 25311**
**Phone: (304) 347-3800**
**Fax: (304) 347-3688**