IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                          CRIMINAL ACTION NO. 2:23-cr-00144

JARROD STEVEN BENNETT,

        Defendant.

**ORDER**

The Court has reviewed the United States' *Motion to Continue Sentencing Hearing* (Document 55) as well as the Defendant's *Motion to Continue Sentencing Hearing* (Document 56) filed in this matter. Therein, the parties move for a continuance of the August 22, 2024, sentencing hearing.

The United States moves for a continuance due to a scheduling conflict on the part of counsel. The Defendant moves for a continuance due to the unavailability of a witness.

For good cause shown, the Court **ORDERED** that each party's respective motion (Documents 55 & 56) be **GRANTED** and the sentencing hearing be **CONTINUED** until **Wednesday, August 28, 2024, at 1:30 p.m.** The United States Marshals Service is **ORDERED** to transport the Defendant from his location of confinement to this court proceeding.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel, to the United States Attorney, to the United States Probation Office, and to the Office of the United States Marshal.

        ENTER:     August 20, 2024

*/s/ Irene C. Berger*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA